IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HT TENNIS CORPORATION | : |
| | : |
| v. | : Civil Action No. WMN-02-3562 |
| | : |
| DUNLOP SLAZENGER INT'L | : |
| LTD., et al. | : |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -2  P 1: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

ORDER

Before the Court is Plaintiff's Motion For Leave to File an Amended Complaint (Paper No. 11). Plaintiff requests leave to file an Amended Complaint against an additional Defendant, Dunlop Sports Group Americas, Inc. No opposition has been filed. Accordingly, IT IS this 2nd day of January, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Leave to File First Amended Complaint (Paper No. 11) is hereby GRANTED and the Amended Complaint is deemed filed as of the date of this Order; and

2. That the Clerk of Court shall mail copies of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge