## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HT TENNIS CORPORATION | * |
| Plaintiff(s) | * |
| vs. | *   Case No. WMN-02-CV-3562 |
| DUNLOP SLAZENGER INTERNATIONAL LIMITED | * |
| Defendant(s) | |
| | ****** |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, C. Carey Deeley, Jr., am a member in good standing of the bar of this Court. My bar number is 03077. I am moving the admission of Bernie W. Ellis to appear *pro hac vice* in this case as counsel for Dunlop Slazenger International Limited.

We certify that:

1.  Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York, First Appellate Division | August 12, 1991 |
| Supreme Court South Carolina | May 7, 1992 |
| USDC – District of South Carolina | August 28, 1992 |
| USDC – District of Colorado | December 18, 1997 |
| US Court of Appeals – Fourth Circuit | January 23, 1996 |

REVISED 7/20/95

3.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this court     0     times.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.     The proposed admittee is familiar with Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.     The proposed admittee understands that pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.     Either the undersigned movant or Daniel W. China, also a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

Respectfully Submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ | /s/ |
| Signature | Signature |
| C. Carey Deeley, Jr. | Bernie W. Ellis |
| Printed Name | Printed Name |
| Venable, Baetjer and Howard, LLP | McNair Law Firm, P.A. |
| Firm | Firm |
| 210 Allegheny Avenue | P.O. Box 447 |
| Towson, MD 21285 | Greenville, South Carolina 29602 |
| Address | Address |
| (410) 494-6259 | (864) 271-4940 |
| Telephone Number | Telephone Number |
| (410) 821-0147 | (864) 271-4015 |
| Fax Number | Fax Number |

TO1DOCS/156572.v1

# **ORDER**

❑ GRANTED        ❑ DENIED

_____        _____
Date                                                                                United States District Judge

TO1DOCS/156572.v1