UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| HT TENNIS CORPORATION | * |
|     Plaintiff | * |
| vs. | *   Civil Action No. WMN-02-CV-3562 |
| DUNLOP SLAZENGER INTERNATIONAL LIMITED, *et al* | * |
| | * |
|     Defendants | |

*************************************************************************

**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW, the Plaintiff, HT TENNIS CORPORATION, by and through their attorney, The Law Office of Arthur Schneider, P.C. and Arthur Schneider, for a Motion for Enlargement of Time, by consent, pursuant to Federal Rules of Civil Procedure 6(B) hereby moves for an extension of time in which to complete discovery and to file a status report on the following grounds:

1. The Court issued a Scheduling Order with a deadline of May 17, 2003 for discovery deadline; filing of dispositive motions; and submission of status report.

2. The parties have propounded Interrogatories and Request for Production of Documents, which are currently pending. The parties have entered into extensive negotiations, to date unsuccessful, in an attempt to resolve the litigation.

3. The parties both require additional time to complete discovery and to schedule the necessary witness depositions once identified by the partiesl and to file dispositive motions upon completion of discovery.

WHEREFORE, the parties request that the Court grant this Motion for Enlargement of Time and enlarge the time to sixty (60) days to complete discovery; file dispositive motions, if any; and to submit a status report.

                                  THE LAW OFFICE OF
                                  ARTHUR SCHNEIDER, P.C.

By: _____       By: _____
    BERNIE W. ELLIS                             ARTHUR SCHNEIDER
    Federal Bar Number                      Federal Bar Number 01608
    Attorney for Defendant                 Attorney for Plaintiff
    P.O. Box 447                                    120 W. Washington Street
    Greenville, SC 29602                    Suite 200
                                              Hagerstown, MD 21740
                                              Telephone: (240) 527-6406
                                              Fax:  (240) 527-6410

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 15th day of May, 2003, a copy of the foregoing Motion For Enlargement Of Time was sent either electronically and/or first-class, postage prepaid, to:  C. Carey Deeley, Jr., Esquire, 210 Allegheny Avenue, Towson, MD  21204 and Bernie W. Ellis, Esquire, McNair Law Firm, P.A., P.O. Box 447, Greenville, SC  29602.

                                              _____
                                              Arthur Schneider

*Local Rule 104.7 Certificate*

To the extent that the Court may consider this Motion concerning a discovery dispute I certify that the parties are completing discovery and also attempting in good faith to settle the pending litigation. Further both parties have consented to the enlargement of time requested.

_____
Arthur Schneider

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 15th day of May, 2003, a copy of the foregoing Motion For Enlargement Of Time was sent either electronically and/or first-class, postage prepaid to: C. Carey Deeley, Jr., Esquire, 210 Allegheny Avenue, Towson, MD 21204 and Bernie W. Ellis, Esquire, McNair Law Firm, P.A., P.O. Box 447, Greenville, SC 29602.

_____
Arthur Schneider

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| HT TENNIS CORPORATION | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. WMN-02-CV-3562 |
| DUNLOP SLAZENGER INTERNATIONAL LIMITED, *et al* | * | |
| | * | |
| Defendants | | |

*****************************************************************************

## **ORDER**

Upon consideration of the Plaintiff's Motion for Enlargement of Time filed by HT Tennis Corporation, by consent; good cause having been shown for the relief requested it is hereby on this _____ day of _____, 2003, by the United States District Court for the District of Maryland;

ORDERED that that the aforesaid Motion be and hereby is granted, and it is further

ORDERED that the parties shall complete discovery by the _____ day of _____, 2003 and file a status report to this Court.

_____
William M. Nickerson
Senior United States District Judge

cc:   Arthur Schneider, Esquire
      C. Carey Deeley, Jr., Esquire