IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| HT TENNIS CORPORATION | * |
| Plaintiff | * |
| v. | * Civil Action No.: WMN-02-CV-3562 |
| DUNLOP SLAZENGER INTERNATIONAL LIMITED, Trading as Dunlop Slazenger Group | * |
| | * |
| And | * |
| DUNLOP SPORTS GROUP AMERICAS, INC. A Delaware Corporation | * |
| | * |
| Defendants | |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATUS REPORT**

COMES NOW, the Plaintiff, HT Tennis Corporation, by and through their attorney, The Law Office of Arthur Schneider, P.C. and Arthur Schneider, for a Status Report, and respectfully states:

1. The Plaintiff has completed Answers to Interrogatories; Response to Request for Production of Documents and the Discovery propounded by the Defendant.

2. There are no pending motions by the Plaintiff.

3. The Plaintiff does not intend to file any dispositive motions.

4. The Plaintiff anticipates the length of Trial to be two (2) days.

5. The Plaintiff certifies that the parties have discussed on numerous occasions serious settlement negotiations, which have included Arthur Schneider, Esquire on behalf of the Plaintiff and Bernie Ellis, Esquire on behalf of the Defendant.

6. The Plaintiff believes it would helpful to refer this case to another Judge for settlement or ADR.

7. The Plaintiff does not consent to this case being conducted before a United States Magistrate.

8. There are no other applicable matters to be brought to the Court's attention.

THE LAW OFFICE OF ARTHUR SCHNEIDER, P.C.

BY: (original in file with signature)
Arthur Schneider, Federal Bar No. 01608
Attorney for Plaintiff
120 West Washington Street
Suite 200
Hagerstown, Maryland  21740
240-527-6406

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the _____ day of August, 2003, a copy of the foregoing Status Report was sent, postage prepaid, to: C. Carey Deeley, Jr., Esquire, 210 Allegheny Avenue, Towson, MD 21204.

_____
Arthur Schneider