IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| HT TENNIS CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: WMN-02-CV-3562 |
| DUNLOP SLAZENGER INTERNATIONAL LIMITED, Trading as Dunlop Slazenger Croup and | ) |
| DUNLOP SPORTS GROUP AMERICAS, INC., a Delaware Corporation | ) |
| Defendants. | ) |

## STATUS REPORT

COMES NOW, the Defendants, by and through their attorney, C. Carey Deely, Jr. of Venable Baetjer & Howard, LLP and by Bernie W. Ellis, of the McNair Law Firm, P.A, for a Status Report, and respectfully states:

1. The Defendants have provided Answers to Interrogatories and Responses to Requests for Production of Documents to the Plaintiff. The Defendants will amend their Answers to Interrogatories to clarify a factual matter of which the Plaintiff has been advised. The Defendants have taken one deposition and intend to take one more before the completion of discovery.

2. There are no pending motions by the Defendants.

3. The Defendants intend to file a motion for summary judgment.

4. The Defendants anticipate the length of trial to be two (2) days.

GREENVILLE 176783v1

5. The Defendants certify that the parties have discussed on numerous occasions serious settlement negotiations, which have included Bernie Ellis, Attorney on behalf of the Defendants, and Arthur Schneider, Attorney on behalf of the Plaintiff.

6. The Defendants have not requested a settlement conference or other ADR.

7. The Defendants do not consent to this case being conducted before a United States Magistrate.

8. There are no other applicable matters to be brought to the Court's attention.

VENABLE, BAETJER AND HOWARD, LLP

By: _____/s/_____
C. Carey Deeley, Jr.
Federal Bar No. 03077
210 Allegheny Avenue
Towson, MD 21204
Tel. (410) 494-6259
Fax (410) 821-0147

Attorneys for the Defendants

Of Counsel:
Bernie W. Ellis
District of South Carolina Federal Bar No. 5650
McNair Law Firm, P.A.
Post Office Box 447
Greenville, South Carolina 29602
Tel. (864) 271-4940
Fax (864) 271-4015

GREENVILLE 176783v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2003 a copy of the foregoing Status Report was served electronically via this Court's CM/ECF system (or, to the extent such service could not be accomplished because the recipients are not yet registered for electronic service, via first-class mail, postage prepaid), to:

>Arthur Schneider, Esquire
>120 West Washington Street, Suite 200
>Hagerstown, Maryland 24140

>/s
>C. Carey Deeley, Jr.