UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

September 5, 2003

Arthur Schneider, Esq.
C. Carey Deeley, Jr., Esq.

    Re:  HT Tennis v. Dunlop Slazenger
         Civil action No. WMN-02-3562

Dear Counsel:

    I have scheduled a telephone status conference, to be initiated by counsel for the government, for Tuesday, September 30, 2003, at 9:45 a.m.

    At that time, I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

                     Very truly yours,

                     /s/

                     William M. Nickerson
                     Senior United States District Judge

WMN:ce

cc:  Court File